**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **KARALEE CARR,** | : | **CASE NO. 1:14CV883** |
| **PLAINTIFF,** | : | **JUDGE MICHAEL R. BARRETT** |
| **v.** | : | |
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | : | |
| **DEFENDANT/THIRD-PARTY PLAINTIFF,** | : | |
| **v.** | : | |
| **GATX CORPORATION and NACHURS ALPINE SOLUTIONS, CORP.,** | : | |
| **THIRD-PARTY DEFENDANTS.** | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e), 83.3(g)(4), and 83.4(a), Carolyn A. Taggart, trial attorney for Third-Party Defendant GATX Corporation (the "Defendant"), in the above-referenced action, hereby moves the court to admit Jason M. Bradford, *pro hac vice* to appear and participate as counsel or co-counsel in this case for this Defendant.

Movant represents that Jason M. Bradford is a member in good standing of the highest court of Illinois, as attested by the accompanying certificate from that court, and that Jason M. Bradford is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Jason M. Bradford understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Jason M. Bradford's relevant identifying information is as follows:

Jason M. Bradford
Jenner & Block LLP
353 N. Clark
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 840-7325
jbradford@jenner.com

Dated: May 12, 2015

Respectfully submitted,

/s/ Carolyn A. Taggart
Carolyn A. Taggart (Trial Attorney) (0027107)
Kendall V. Shaw (0076556)
Porter Wright Morris & Arthur LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
Phone: (513) 369-4231
(513) 369-4245
Fax: (513) 421-0991
Email: ctaggart@porterwright.com
kvshaw@porterwright.com

*Attorneys for Third Party Defendant GATX Corporation*

**CERTIFICATE OF SERVICE**

This certifies that a copy of the foregoing was served electronically to counsel of record by operation of the Court's electronic filing system on this 12th day of May, 2015.

/s/ Carolyn A. Taggart
Carolyn A. Taggart